UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOE HAND PROMOTIONS, INC.,

       Plaintiff,

-vs-                                 Case No.  3:12-CV-211

                                      District Judge Thomas M. Rose

TJSWS, INC. ET AL.,

       Defendants.

_____

## ORDER TO SHOW CAUSE

This matter comes before the Court on its own initiative.  To date Plaintiff has filed neither a waiver of service nor proof of service on the Defendants.  The time for filing proof of service has expired.  Therefore, the Court **ORDERS** that Plaintiff shall show cause in writing within fourteen (14) days from the date of this Order why this matter should not be dismissed for failure to prosecute.

**DONE** and **ORDERED** in Dayton, Ohio on this 24th day of June, 2013.

                                       *s/Thomas M. Rose*

                                       _____
                                       THOMAS M. ROSE, JUDGE
                                       UNITED STATES DISTRICT COURT