# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

-vs-

                                            Case: 3:12-CV-211

TJWS, INC., et al.,

        Defendants.

_____

## ORDER OF DISMISSAL

On January 9, 2014, the Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute. (Doc. 11).  The deadline for responding was January 23, 2014. As of today's date no response has been filed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice.  The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 14th day of March, 2014.


*s/ Thomas M. Rose*_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE